IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL CONSOLIDATED COURIERS, INC., ET AL,<br><br>    Defendant.<br>                                                  / | No. C 15-03224 WHA<br><br>**REQUEST FOR GOVERNMENT RESPONSE** |

    Defendants have filed a motion for a TRO. The government is requested to respond by **SIX A.M. TOMORROW, NOVEMBER 4, 2015.**

    **IT IS SO ORDERED.**

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE