IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E PEREZ, | No. C 15-03224 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR RESPONSE RE JURISDICTION** |
| NATIONAL CONSOLIDATED COURIERS, INC., ET AL, | |
| Defendant. | |

Defendants have filed a motion for a TRO. By **SIX P.M. TODAY** both sides are requested to state whether the Court even has jurisdiction to interfere with the execution of a judicially approved search warrant, citing authority that is exactly on point.

**IT IS SO ORDERED.**

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE