IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E PEREZ,

    Plaintiff,

  v.

NATIONAL CONSOLIDATED COURIERS, INC., ET AL,

    Defendant.

No. C 15-03224 WHA

**ORDER DENYING REQUEST FOR TRO**

    Defendants' motion for a TRO enjoining the execution of the search warrant issued in case number 15–71386 is **DENIED**. The previous orders requesting the parties to respond are **VACATED**. The government, however, shall take all steps to avoid reviewing the data seized, except to the extent necessary to faithfully execute the warrant, until defendants' motion for a preliminary injunction can be heard.

    A hearing on defendants' motion for a preliminary injunction is hereby set for **NOVEMBER 17, 2015, AT TEN A.M.** The government is requested to respond by **NOVEMBER 10**. No replies.

**IT IS SO ORDERED.**

Dated: November 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE